DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORICE MATTHEWS,**
Appellant,

v.

**FRANKLIN CREDIT MANAGEMENT CORPORATION,**
Appellee.

No. 4D19-640

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 12-30640.

Catherine A. Riggins, Miami, for appellant.

Joshua M. Sachs of Henderson Sachs, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***